IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WEB 2.0 TECHNOLOGIES, LLC AND PENNAR SOFTWARE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ADVENT HEALTH CENTRAL TEXAS,<br><br>Defendant. | Case No. 6:25-cv-00069-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO STAY PENDING APPEAL

Upon consideration of the Stipulation and Joint Motion to Stay Pending Appeal, and for good cause shown in view of the recent decision and expected appeal, it is hereby ORDERED that:

1. The above-captioned action is stayed, until the resolution of the appeal of the December 8, 2025 Dismissal in *Web 2.0 Techs., LLC, v. Longview Regional Medical Center*, 6:25-cv-00059-JCB.

2. The parties shall submit a joint status report and request for status conference within ten (10) calendar days of issuance of a written decision by the appellate court or a decision by the Plaintiffs not to appeal.

SIGNED this 15th day of December, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE